RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Heidi Ojeda
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

Attorney for Guy Edward Almony

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Guy Edward Almony,<br><br>        Defendant. | Case No. 2:07-cr-00145-KJD-BNW-5<br><br>**Unopposed Motion for Copies of Sealed Docket Entries/Transcripts** |

      Defendant Guy Almony moves this Court for copies of documents filed under seal with this Court that are necessary for undersigned counsel to fully review his case for possible compassionate release or other areas of relief. In April 2024, this Court directed counsel to review Mr. Almony's case to see if his time was being properly calculated within the BOP. Counsel wrote Mr. Almony a letter requesting more information. Unfortunately, at some point, Mr. Almony was transferred to a different facility and communication stopped. Recently, a third party reached out to counsel. After further discussions, counsel needs to

review sealed documents to see whether there is any relief for Mr. Almony. Undersigned counsel requests the Court order the Clerk's office to provide copies of the following sealed documents to undersigned counsel and counsel for the government:

1. Plea Agreement as to Guy Almony
2. Minutes of Sentencing as to Guy Almony
3. Judgment of Conviction as to Guy Almony
4. Transcripts of Sentencing as to Guy Almony[1]

Undersigned has contacted counsel for the government, Assistant United States Attorney Jean Ripley, and the government does not oppose this motion.

Dated: December 10, 2024.

          Respectfully submitted,
          RENE L. VALLADARES
          Federal Public Defender

By: */s/ Heidi Ojeda*
      Heidi Ojeda
      Assistant Federal Public Defender
      Attorney for Guy Almony

IT IS SO ORDERED.

Dated: December  11 , 2024.

                                          U.S. MAGISTRATE JUDGE

---

[1] To the extent these transcripts do not yet exist, counsel requests the Court's permission to order the sealed transcript in this case.